UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROY C. CASEY** | * | **CIVIL ACTION NO. 09-6681** |
| | * | |
| **VERSUS** | | |
| | * | **SECTION A, MAGISTRATE 4** |
| **GUITAR CENTER, INC., and** | | |
| **GUITAR CENTER STORES, INC.** | * | |

## JOINT STATUS REPORT

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Roy Casey, and Defendants, Guitar Center, Inc. and Guitar Center Stores, Inc., who pursuant to this Court's December 10, 2009 Minute Entry, jointly submit this Status Report regarding their progress regarding settlement:

1.

On January 19, 2010, the parties attended a full day mediation conducted by mediator, John Perry, at the offices of Phelps Dunbar in New Orleans.

2.

The mediation concluded without the parties achieving a settlement, however, the parties will continue to negotiate a consensual resolution of this case as it progresses and the mediator agreed to continue to work with the parties.

Respectfully submitted,
***Couhig Partners, LLC***

/s/ Jonathan P. Lemann
_____

Robert E. Couhig, Jr., #4439
Jonathan P. Lemann, #26380
Jason A. Cavignac, #27990
643 Magazine Street, Suite 300
New Orleans, LA  70130
Telephone:  (504) 588-1288
Telecopier: (504) 588-9750
*Attorneys for Roy C. Casey*

/s/ Bryan Edward Bowdler
_____

Harry Rosenberg, #11465
Bryan Edward Bowdler, #32097
***Phelps Dunbar LLP***
Canal Place Street, Suite 2000
New Orleans, LA  70130
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
*Attorneys for Guitar Center, Inc.
and Guitar Center Stores, Inc.*

## Certificate of Service

I hereby certify that on this 22nd day of January, 2010, I electronically filed the foregoing Joint Status Report with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Jonathan P. Lemann
_____

Jonathan P. Lemann

*4832-2036-2245, v.  1*