UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| ROY C. CASEY | * | CIVIL ACTION NO. 09-6681 |
| --- | --- | --- |
| | * | |
| VERSUS | | |
| | * | SECTION A, MAGISTRATE 4 |
| GUITAR CENTER, INC., and | | |
| GUITAR CENTER STORES, INC. | * | |

## ORDER

Considering Plaintiff, Roy Casey's, Motion for Leave to File a Supplemental Memorandum in Opposition to Defendants' Motion to Continue Trial (Rec. Doc. 71);

IT IS ORDERED that the motion is GRANTED; and

IT IS FURTHER ORDERED that the Clerk of the United States District Court for the Eastern District of Louisiana is hereby directed to receive Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motion to Continue Trial.

This 30th day of June 2010.

_____
United States District Judge