# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**ROY C. CASEY**                                                    **CIVIL ACTION**

**VERSUS**                                                         **NO: 09-6681-JCZ-KWR**

**GUITAR CENTER, INC. et al**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED as follows:

1.    Casey's motion for summary judgment for summary judgment to enforce the September 28, 2010[1] compromise (Rec. doc. 104) is GRANTED in PART and DENIED in PART.

2.    Casey and Guitar Center shall comply with the terms of the settlement agreement as described in the Report and Recommendation.

3.    **Within fourteen (14) calendar days of the entry of this order**, Guitar Center shall pay Casey the commission payments owed for October 1, 2009 through December 31, 2010.

4.    If any further quarterly commission payments are due under part 5 of the settlement agreement at the time of the entry of this order, **such payments shall be made within fourteen (14) calendar days of the entry of this order**.

5.    **Within seven (7) calendar days of the receipt of the payments described in part 3 above**, Casey shall file a motion to dismiss this action with prejudice each party to bear its own

costs and attorneys' fees.

New Orleans, Louisiana, this 10th day of March, 2011.

_____
**United States District Judge**